## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **HOMES & LAND PUBLISHING LTD.** | * | |
| **Plaintiff(s)** | * | |
| | | **Civil No.: JFM-00- 329** |
| **vs.** | * | |
| **WILLIAM D. SIMPKINS** | * | |
| **Defendant(s)** | | |
| | ****** | |

## ORDER

Defendant, William D. Simpkins, having filed a Suggestion of Bankruptcy, it is, this 29th

day of February 2000

ORDERED that this action be administratively closed, subject to being reopened in the

event that the Bankruptcy Court issue a "lift stay" order permitting the litigation to proceed.


_____
J. Frederick Motz
United States District Court

2 9

