IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HOMES & LAND PUBLISHING LTD. | * | |
| v. | * | Civil No. JFM-00-329 |
| WILLIAM D. SIMPKINS | * | |

***** 

ORDER

The Court having been advised that the Bankruptcy Court has entered a "lift stay" order permitting this litigation to proceed, it is, this 14th day of June 2000

ORDERED that this action be reopened.

_____
J. Frederick Motz
United States District Judge

