UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

June 14, 2000

\_\_\_\_FILED  \_\_\_\_ENTERED
\_\_\_\_LODGED  \_\_\_\_RECEIVED

JUN 1 5 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Memo to Counsel Re: Homes & Land Publishing Ltd. v. William Simpkins
Civil No. JFM-00-329

Dear Counsel:

    Enclosed please find a copy of an order I am entering today reopening the case.

    A conference call to schedule a hearing on the motion for preliminary injunction will be held at 4:30 p.m. on June 21, 2000. I would appreciate counsel for the plaintiff arranging the call.

Very truly yours,

J. Frederick Motz
United States District Judge